IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM C. PETERS,                )
                                  )
            Plaintiff,            )
                                  ) 6: 11-cv-00434-TC
     v.                           )
                                  ) ORDER
MICHAEL J. ASTRUE,                )
Commissioner of Social Security)
                                  )
            Defendant.            )
_____)

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on July 20, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. The Commissioner's final decision is reversed and this case is remanded for further proceedings consistent with the court's findings and recommendation. The clerk of court will enter judgment accordingly.

DATED this 20th day of August, 2012.

_____
Michael R. Hogan
United States District Judge

2    - ORDER