Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM PETERS, | Case No. 6:11-cv-00434-TC |
| Plaintiff, | |
| vs. | ORDER (EAJA FEES) |
| COMMISSIONER,<br>of Social Security<br>Administration,<br>Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $7,400.00, is awarded to Plaintiff. It is ordered that the aforementioned attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney, Bruce W. Brewer, and mailed to Plaintiff's attorney's office at 419 5th Street, Oregon City, OR 97045. If Plaintiff has such debt, then the check for any remaining funds after

1 - ORDER FOR EAJA FEES

offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. There are no costs or expenses to be paid herein.

DATED this 4 day of Dec, 2012.

_____
United States District Judge/Magistrate

Submitted by:

Bruce W. Brewer, OSB No. 925581
503-722-8833, Attorney for Plaintiff

2 - ORDER FOR EAJA FEES